**STATEMENT OF FACTS**

On Friday, May 19, 2006, at about 6:00 p.m., while at the traffic signal at Suitland Parkway and Stanton Road, S.E., Washington, D.C., sworn officers with the Metropolitan Police Department's Seventh District heard gunshots coming from the 2400 block of 15th Place, S.E.. Once in the area, officers saw the defendant, Eric Jones, on the side of xxxx xx$^{th}$ Xxxxx, X.X., holding a handgun. The defendant was holding the gun in a shooting position. When the officer got out of his car, the defendant went around the corner of the building, and then returned to his original position. The officer order the defendant to get on the ground. Officers searched the area where the defendant had gone to, and found a loaded FT Witness .45 caliber handgun under a porch landing. Officers placed the defendant under arrest. A search of the defendant revealed 2 small white rock-like items in a piece of tissue paper in the defendant's front jacket pocket. A portion of the white rock-like substance field tested positive for cocaine. To the best of the undersigned officer's knowledge, defendant Eric Jones has previously been convicted of a crime punishable by imprisonment for a term exceeding one year in the United States District Court for the District of Columbia, Criminal Case No. 05-373. Before filing this complaint, the officer reviewed at least one computer print-out of the defendant's criminal history and it showed that the defendants had been convicted of such crimes. He wrote his initials on the computer print-outs that he reviewed, so that he would recognize it again in the future. To the best of this officer's knowledge, there are no FT Witness .45 caliber handguns nor ammunition manufactured in the District of Columbia.

                              OFFICER ANTHONY HENDRICK
                              SEVENTH DISTRICT, MPD

SWORN AND SUBSCRIBED BEFORE ME ON THIS __ DAY OF MAY, 2006.

                              U.S. MAGISTRATE JUDGE