06-mj-237

**2006 FDC 010047**     File Date: **05/20/2006**

**UNITED STATES Vs. ERIC JONES**

PDID #:

Lock up number:

**FILED**

MAY 3 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT