UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :

v.                                :     MAGISTRATE NO. 06-0237M-01 (CR)

ERIC RAY JONES,                   :

**FILED**

JUN 1 9 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

<u>D I S M I S S A L</u>

The United States, by its attorney, the United States Attorney for the District of Columbia, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby requests leave of Court to dismiss the above-captioned case, without prejudice, and order the forthwith release and discharge of the above-named defendant on these charges.

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY
Bar No. 451,058

BY: _____
DENISE CLARK
ASSISTANT UNITED STATES ATTORNEY
D.C. Bar 479149
Federal Major Crimes Section
555 4th Street, N.W., Room 4840
Washington, D.C. 20530
(202) 353-8213

APPROVED AND GRANTED THIS 19th
DAY OF _____, 2006.

_____
UNITED STATES MAGISTRATE JUDGE