UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **MAGISTRATE NO. 06-237M-01** |
| | : | |
| v. | : | |
| | : | |
| **ERIC JONES,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Precious Murchison, at telephone number (202) 307-6080 and/or email address Precious.Murchison@usdoj.gov . Precious Murchison will substitute for Assistant United States Attorney Denise Clark as counsel for the United States.

    Respectfully submitted,

    JEFFREY A. TAYLOR
    United States Attorney

    _____
    PRECIOUS MURCHISON
    Assistant United States Attorney
    Federal Major Crimes Section,
    555 4th Street, NW, Room 4840
    Washington, DC 20530
    (202) 307-6080
    Precious.Murchison@usdoj.gov